**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8602**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DANIEL WOODS,

                    Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:05-cr-00025-JPB-JES-1)

Submitted:  April 23, 2009              Decided:  May 4, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Woods, Appellant Pro Se.   Thomas Oliver Mucklow,
Assistant United States Attorney, Martinsburg, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Woods appeals the district court's order denying his motion for reconsideration of the denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Woods, No. 3:05-cr-00025-JPB-JES-1 (N.D.W. Va. Dec. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED